(March 30, 1911.)

L. F. PARSONS, Appellant, v. JOHN WRBLE, Respondent.

APPEAL from the District Court of the Second Judicial District, for Nez Perce County.

John O. Bender and D. E. Hodge, for Appellant.

Clay McNamee, for Respondent.

PER CURIAM.—The facts in this case being almost identical with those in the case of the same plaintiff against Joe Wrble, but for a different tract of land, upon the authority of *Parsons v. Joe Wrble,* just decided, the judgment and order of the lower court will be affirmed. Costs awarded in favor of respondent.